# CERTIFICATE OF SERVICE

I, _Ronnie W Warren_, certify that I am, and at all times during the service of process was,
(name)
not less than 18 years of age and not a party to the matter concerning which service of process was made.
I further certify that the summons and a copy of the complaint were served on _10/4/2010_ by:
(date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☒ Residence Service: By leaving the process with the following adult at: _Mrs. Scott Shrader 2730 Alabama Ave N Fort Payne, AL 35967_

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
(name of state)
as follows: [Describe briefly]

☐ Certified Mail: Certified mail to an officer of insured depository institution addressed as follows:

Under penalty of perjury, I declare that the foregoing is true and correct.

_10/4/2010_  _[signature]_
Date  Signature

Print Name: _Ronnie W Warren_
Business Address: _212 Alabama Ave S._
City: _Fort Payne_  State: _AL_  Zip: _35967_