**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | |
| SCOTT JAMES SHRADER | * | CASE NUMBER 10-41701 |
| | * | |
| JAMES HICKS AND BRENDA HICKS | * | |
| PLAINTIFFS | * | CASE NUMBER 10-40089 |
| VS. | * | |
| SCOTT JAMES SHRADER | * | |
| DEFENDANT | * | |

**DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT**

Comes now the Defendant, Scott James Shrader (hereinafter referred to as defendant) and responds to the complaint filed by James and Brenda Hicks saying as follows:

1. Defendant admits that the court has jurisdiction over this matter and that it is a core proceeding.

2. Defendant admits that he did file a bankruptcy bearing case number 10-41701.

3. Defendant admits to residing within the territorial limits of this court.

4. ABC Homes, L.L.C. and James and Brenda Hicks entered into a contract. The defendant signed the settlement statement and contract as an agent for that company.

5. That the plaintiffs lack standing to pursue claims of embezzlement by and between the defendant and ABC Home, L.L.C.

6. Defendant denies that he made false representations to the plaintiffs.

7. Defendant denies that he committed actual fraud.

8. Defendant denies any allegations of embezzlement.

9. Defendant denies any and all material allegations contained in the plaintiffs' complaint and demands strict proof thereof.

10. Defendant claims the defense of accord and satisfaction.

11. Defendant claims the defense of assumption of the risk.

12. Defendant claims the defense of contributory negligence.

13. Defendant claims the defense of duress.

14. Defendant claims this defense of estoppel.

15. Defendant claims the defense of laches.

16. Defendant claims the defense of license.

17. Defendant claims the defense of release.

18. Defendant claims the defense of statute of frauds.

19. Defendant claims the defense of statute of limitations.

20. Defendant claims the defense of waiver.

21. Defendant claims all other affirmative defenses in Federal Rule of Civil Procedure 8(c) as if fully set out herein.

22. Defendant reserves the right to amend his answer

/s/ Shaunathan C. Bell
Shaunathan C. Bell
Attorney for the Debtor
P.O. Box 681048
Fort Payne, AL  35968
Phone:  (256) 997-1970

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Answer has been filed using the CM/ECF filing system which will serve a copy of the same via electronic transmission on this 6th day of October 2010 upon:

**Stephen Paul Bussman**
PO Box 680925
Fort Payne, AL 35968
256 845-7900
Email: sbussman@bussmanlaw.com

                                          /s/ Shaunathan C. Bell
                                          Shaunathan C. Bell