IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SCOTT JAMES SHRADER | ) Case Number: 10-41701 |
| | ) |
| DEBTOR | ) |

| | |
|---|---|
| JAMES HICKS AND BRENDA HICKS | ) |
| | ) |
| PLAINTIFFS | ) |
| | ) Adversary Proceeding No. 10-40089 |
| VS. | ) |
| | ) |
| SCOTT JAMES SHRADER | ) |
| | ) |
| DEFENDANT | ) |

## REPORT OF THE PARTIES' PLANNING MEETING

In this Adversary Proceeding, the parties and their counsel shall timely comply with the following:

1. <u>Pre-Discovery Disclosures</u>. The parties have exchanged the information required by Fed.R.Civ.P. 26(a)(1).

2. <u>Discovery Limitations and Deadlines</u>.

    a. Discovery will be needed on the following subjects: representation made by Defendant to Plaintiffs regarding funds and use of funds contract between parties, distribution and use of funds received by Defendant from Plaintiffs.

    b. All discovery will be commenced in time to be completed by April 1, 2011.

    c. Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

    d. Maximum of 40 request for production by each party to any other party. Responses due 30 days after service.

e. Maximum of 30 request for admissions by each party to any other party. Responses due 30 days after service.

f. Maximum of 3 depositions by plaintiffs and 3 depositions by defendant.

g. Each deposition is limited to maximum of 6 hours unless extended by agreement of parties. Parties and counsel shall be reasonable and cooperate in order to complete depositions.

h. Reports from retained experts under Fed.R.Civ.P. 26(a)(2)(B) due:

   From plaintiffs:   May 1, 2011

   From defendant:   June 1, 2011

i. Supplementations under Fed.R.Civ.P. 26(e), are due in writing within 15 days after a party or counsel learns of information that requires supplementation or correction of prior discovery responses; provided that if such information is learned within 15 days before or during trial, then supplementations or correction is due immediately.

3. Additional Parties and Amendments to Pleadings. Plaintiffs are allowed until January 20, 2011 to join additional partes and until January 20, 2011 to amend pleadings.

   Defendant is allowed until February 20, 2011 to joint additional parties and until February 20, 2011 to amend the pleadings.

4. Dispositive Motions. All potentially dispositive motions are to be filed by June 15, 2011. All responses thereto are due 14 days after service of the motion. Memoranda, briefs, affidavits, deposition excerpts, discovery responses, authorities and other supporting materials are to be filed with motions and responses. **Unless the Court directs otherwise, parties are to deliver (by mail or hand delivery) to the Court's Chambers in Anniston one hard copy of such motions, responses and supporting materials on the same day the originals are filed with the Clerk.** The Court will notify the parties of any hearing on any such motion and response. The Court may rule on dispositive motions without a hearing.

5. Final Witness and Exhibit Lists - Objections. Final lists of witnesses and exhibits for trial under Fed.R.Civ.P. 26(a)(3) are due 30 days before trial. Motions in Limine are due at the time final witness and exhibit lists are filed.

Parties have 14 days after service of final lists of witnesses and exhibits to serve objections under Fed.R.Civ.P. 26(a)(3). Objections not timely made and served, other than

objections under Rules 402 and 403 of the Federal Rules of Evidence, are waived unless excused by the Court for good cause.

    6.    Pretrial Conference. A pretrial conference will be held on approximately two week before trial in the Bankruptcy Courtroom, 600 Broad Street, Gadsden, Alabama 35901. Any counsel and pro se party may attend by telephone if they furnish the Courtroom Deputy with their telephone number at least two business days before the conference. Counsel and pro se parties are to be available at these telephone numbers for one hour from the set time for the conference.

    7.    Trial. This Adversary Proceeding will be ready for trial by August 1, 2011. Parties and witnesses are expected to be fully prepared to go forward with trial on such date and at such time. The parties estimate trial will take 6 hours. The Court may set time limits for each party to put on their case. Continuances will be allowed only under exceptional circumstances not within the control or reasonable expectations of counsel and the parties. **Unless notification is given otherwise, the trial shall take place at the same location as the Pretrial Conference.**

    8.    Other.

Respectfully submitted this 28th day of December, 2010.

/s/ Stephen P. Bussman
STEPHEN P. BUSSMAN, Attorney for Plaintiffs


/s/ Shaunathan C. Bell (with permission)
SHAUNATHAN C. BELL, Attorney for Defendant