IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SCOTT JAMES SHRADER ) | CASE NO: 10-41701 |
| ) | |
| Debtors. ) | |
| ) | |
| JAMES HICKS and BRENDA HICKS, ) | |
| ) | |
| Plaintiffs, ) | ADVERSARY PROCEEDING |
| ) | NO: 10-40089 |
| ) | |
| vs. ) | |
| ) | |
| SCOTT JAMES SHRADER; DANIEL ) | |
| SHRADER; RON SHRADER; ABC HOMES ) | |
| LLC; TIKI MICHELLE SHRADER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## LIMITED ENTRY OF APPEARANCE OF RECORD

COMES NOW Jamie A. Durham, Deputy Legal Counsel, State of Alabama, Home Builders Licensure Board (the "Board"), a non-party to this action, and enters this limited appearance of record on behalf of the Homeowners' Recovery Fund (the "Fund") pursuant to Ala. Code §34-14A-15, solely for the purpose of representing the interest of the Fund pursuant to the provisions of the cited section.

Respectfully submitted on this 24th day of January, 2011.

s/Jamie A. Durham DUR 013
Deputy Legal Counsel
State of Alabama
Home Builders Licensure Board
445 Herron Street
Montgomery, Alabama 36130
Phone: (334) 242-2230
E-mail: jamie.durham@hblb.alabama.gov

RF11-018/21795

## CERTIFICATE OF SERVICE

       I hereby certify that on January 24, 2011, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notifications of such filing; and I certify that any listed participants not using the CM/ECF system will have a copy of same placed in the United States mail, first class postage prepaid and properly addressed this same day:

Mr. Stephen P. Bussman
212 Alabama Avenue South
Fort Payne, Alabama 35968

Mr. Scott Shrader
2730 Alabama Avenue NW
Fort Payne, Alabama 35967

Mr. Daniel Shrader
1286 County Road 18
Fyffe, Alabama 35971

Mr. Ron Shrader
2715 Alabama Avenue NW
Fort Payne, Alabama 35967

ABC Homes, LLC
1000 Gault Avenue N
Fort Payne, Alabama 35967

                                                                                                      s/Jamie A. Durham DUR 013
Deputy Legal Counsel
State of Alabama
Home Builders Licensure Board
445 Herron Street
Montgomery, Alabama 36130
Phone: (334) 242-2230
E-mail: jamie.durham@hblb.alabama.gov

RF11-018/21795