**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: } | | |
| } | A.P. NO. 10-40089 | |
| Scott James Shrader } | CASE NO. 10-41701-JJR-7 | |
| } | | |
| DEBTOR(S) } | | |
| ---------- | | |
| James Hicks | | |
| Brenda Hicks } | | |
| } | | |
| } | | |
| PLAINTIFF(S) } | | |
| v } | | |
| Scott James Shrader, Daniel Shrader, ABC Homes, LLC, } | | |
| Tiki Michelle Shrader and Ron Shrader } | | |
| DEFENDANT(S) } | | |

### ORDER REQUIRING PARTIES' CONFERENCE AND SUBMISSION OF PARTIES' REPORT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 7016 AND 7026

**IT IS HEREBY ORDERED THAT**, pursuant to Fed. R. Bankr. P. 7026(f), the parties shall confer (in person or by telephone) to consider the nature and basis of their claims and defenses, and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Fed. R. Bankr. P. 7026(a)(1), and to develop a proposed discovery plan that indicates the parties' views and proposals concerning those matters described in Fed. R. Bankr. P. 7026(f)(1)-(4). After their conference, the parties shall submit to the Court a written report outlining their discovery plan. A scheduling conference with the Court's participation pursuant to Fed. R. Bankr. P. 7016(b) **WILL NOT BE HELD** unless requested by a party or otherwise required by the Court. Following receipt of the parties' discovery plan, the Court will issue a Scheduling Order pursuant to Fed. R. Bankr. P. 7016(b).

To assist the parties in their preparation of a discovery plan, a form that may be used to prepare the Report of Parties' Planning Meeting ("Parties' Report") can be found on the Court's website (www.alnb.uscourts.gov) under "Forms." The parties should fill in the information needed to complete the Parties' Report; this information will be considered by the Court in drafting the Scheduling Order. Although all parties and their counsel are equally responsible for making sure their required conference is timely held pursuant to Fed. R. Bank. P. 7026(f) and completing the Parties' Report, the plaintiff is responsible for initiating the conference, recording the information needed to complete the Parties' Report, and submitting it to Court as provided below. To assure timely compliance with Fed. R. Bankr. P. 7016(b), the parties' conference must be held no later than **60 days** after the first defendant is served with the complaint. No later than **14 days** after the conference, the Parties' Report and all other information submitted by the parties as their written report pursuant to Fed. R. Bankr. P. 7026(f), must be filed electronically in the Adversary Proceeding with the Clerk of the Court via CM/ECF, and a copy sent electronically in Word or WordPerfect format to the Court's e-orders box (ordersjjr@alnb.uscourts.gov).

If additional parties are joined or served after the parties' conference, the Court will favorably consider a timely motion by any party for an additional conference and leave to reasonably amend the Parties' Report. If a party is having trouble getting the opposing party to cooperate holding a planning conference, such party may file a unilateral Parties' Report signed only by one party, as long as the Parties' Report is accompanied by a letter stating why it only contains one signature. **Failure to hold the conference and submit a completed Parties' Report by the above deadlines will result in automatic dismissal of this adversary proceeding.** Thus, if additional time is needed to complete the Parties' Report, a motion to extend time should be filed in CM/ECF.

Dated: February 18, 2011

/s/ James J. Robinson
JAMES J. ROBINSON
United States Bankruptcy Judge

/bll

# CERTIFICATE OF NOTICE

```
District/off: 1126-1          User: blindsey           Page 1 of 1              Date Rcvd: Feb 18, 2011
Case: 10-40089                Form ID: pdf000          Total Noticed: 9
```

The following entities were noticed by first class mail on Feb 20, 2011.
```
dft          +ABC Homes, LLC,    1000 Gault Avenue N.,    Fort Payne, AL 35967-2936
pla          +Brenda Hicks,    c/o Stephen P. Bussman,    P.O. Box 680925,    Fort Payne, AL 35968-1610
dft          +Daniel Shrader,    1286 County Road 18,    Fyffe, AL 35971-4002
pla          +James Hicks,    c/o Stephen P. Bussman,    P.O. Box 680925,    Fort Payne, AL 35968-1610
intp         +Jamie Ayers Durham,    Home Builders Licensure Board,    445 Herron Street,
               Montgomery, AL 36104-3307
dft          +Ron Shrader,    2715 Alabama Avenue NW,    Fort Payne, AL 35967-3708
dft          +Scott James Shrader,    2730 Alabama Avenue NW,    Fort Payne, AL 35967-3709
dft          +Tiki Michelle Shrader,    2730 Alabama Avenue NW,    Fort Payne, AL 35967-3709
6781197      +Jamie A. Durham,    State of Al Home Builders Licensure Boar,    445 Herron Street,
               Montgomery, AL 36130-0001
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2011**                          **Signature:** _Joseph Speetjens_