Van−200 [AP Notice of Hearing] (Rev. 06/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

In re:  
Scott James Shrader  
    **Debtor(s)**

Case No. 10−41701−JJR7  
Chapter 7

AP No. 10−40089−JJR

James Hicks  
et al.  
    **Plaintiff(s)**  
vs.  
Scott James Shrader  
et al.  
    **Defendant(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

PLAINTIFFS' MOTION TO JOIN

**Date: Thursday, March 24, 2011**      **Time: 10:00 AM**

**Location: 209 U.S. Courthouse, 600 Broad Street, Gadsden, AL 35901**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached and filed with the Court by an attorney prior to the hearing date.

Dated: February 24, 2011      By:

    Scott W. Ford, Clerk  
    United States Bankruptcy Court

bll

# CERTIFICATE OF NOTICE

```
District/off: 1126-1          User: blindsey              Page 1 of 1                Date Rcvd: Feb 24, 2011
Case: 10-40089                Form ID: van200             Total Noticed: 9
```

The following entities were noticed by first class mail on Feb 26, 2011.
```
dft          +ABC Homes, LLC,   1000 Gault Avenue N.,   Fort Payne, AL 35967-2936
pla          +Brenda Hicks,   c/o Stephen P. Bussman,   P.O. Box 680925,   Fort Payne, AL 35968-1610
dft          +Daniel Shrader,   1286 County Road 18,   Fyffe, AL 35971-4002
pla          +James Hicks,   c/o Stephen P. Bussman,   P.O. Box 680925,   Fort Payne, AL 35968-1610
intp         +Jamie Ayers Durham,   Home Builders Licensure Board,   445 Herron Street,
               Montgomery, AL 36104-3307
dft          +Ron Shrader,   2715 Alabama Avenue NW,   Fort Payne, AL 35967-3708
dft          +Scott James Shrader,   2730 Alabama Avenue NW,   Fort Payne, AL 35967-3709
dft          +Tiki Michelle Shrader,   2730 Alabama Avenue NW,   Fort Payne, AL 35967-3709
6781197      +Jamie A. Durham,   State of Al Home Builders Licensure Boar,   445 Herron Street,
               Montgomery, AL 36130-0001
```

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2011**                    **Signature:**    _Joseph Speetjens_