IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SCOTT JAMES SHRADER | ) Case Number: 10-41701 |
| | ) |
| DEBTOR | ) |

| | |
|---|---|
| JAMES HICKS AND BRENDA HICKS | ) |
| | ) |
| PLAINTIFFS | ) |
| | ) Adversary Proceeding No. 10-40089 |
| VS. | ) |
| | ) |
| SCOTT JAMES SHRADER, DANIEL | ) |
| SHRADER, ABC HOMES, LLC, TIKI | ) |
| MICHELLE SHRADER, and RON | ) |
| SHRADER | ) |
| | ) |
| DEFENDANT | ) |

### APPLICATION, AFFIDAVIT, AND ENTRY OF DEFAULT JUDGMENT

An entry of Default against the Defendant, Daniel Shrader, in the above case is requested for his failure to plead, answer or otherwise defend.

STEPHEN P. BUSSMAN
212 Alabama Avenue SW
Post Office Box 680925
Fort Payne, AL 35967-0925
(256) 845-7900

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Application, Affidavit and Entry of Default upon debtor's attorney Shaunathan Bell at clint_b27@yahoo.com and Rocco Leo, Trustee at rleo@leoandoneal.com and the following parties by placing same in the U.S. Mail postage prepaid and properly addressed on this the 9 day of March, 2011.

Scott Shrader
2730 Alabama Avenue NW
Fort Payne, AL 35967

Tiki Michelle Shrader
2730 Alabama Avenue NW
Fort Payne, AL 35967

Daniel Shrader
1286 County Road 18
Fyffe, AL 35971

Ron Shrader
2715 Alabama Avenue NW
Fort Payne, AL 35967

ABC Homes LLC
1000 Gault Avenue N.
Fort Payne, AL 35967

Jamie A. Durham
445 Herron Street
Montgomery, AL 36130

_____
STEPHEN P. BUSSMAN

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SCOTT JAMES SHRADER | ) Case Number: 10-41701 |
| | ) |
| DEBTOR | ) |

| | |
|---|---|
| JAMES HICKS AND BRENDA HICKS | ) |
| | ) |
| PLAINTIFFS | ) |
| | ) Adversary Proceeding No. 10-40089 |
| VS. | ) |
| | ) |
| SCOTT JAMES SHRADER, DANIEL | ) |
| SHRADER, ABC HOMES, LLC, TIKI | ) |
| MICHELLE SHRADER, and RON | ) |
| SHRADER | ) |
| | ) |
| DEFENDANT | ) |

## AFFIDAVIT

STATE OF ALABAMA

DEKALB COUNTY

The Affiant, Stephen Bussman, being duly sworn, says:

1. That he has personal knowledge of the facts set forth in this affidavit.

2. That the Defendant Daniel Sharder was served with a copy of the Summons and Amended Complaint on January 29, 2011.

3. That more than thirty (30) days have elapsed since the Defendant Daniel Sharder was served with a copy of the Summons and Amended Complaint.

4. That the Defendant Daniel Shrader has failed to answer or otherwise defend himself against the Plaintiffs' claim.

5. That this affidavit is executed by the affiant in accordance with Rule 55 (a) of the Alabama Rules of Civil Procedure, for the purpose of enabling the Plaintiffs to obtain an entry of default against the Defendant Daniel Sharder for his failure

himself against the Plaintiffs' claim.

6. That the Defendant Daniel Shrader is not infants or incompetent person, and there has been no violation of the provisions of Chapter 19, Title 5, Code of Alabama, 1975.

7. Judgment conditions: _____ with _____ without waiver of exemptions.

8. That the relief sought by the Plaintiff against the Defendant in this case:

___✓___ IS TO BE DETERMINED BY THE COURT

_____ THE SUM OF $_____, WHICH IS TO BE DETERMINED BY THE CLERK AND COMPOSED OF THE FOLLOWING:

        Principal Balance    $_____

        Interest    $_____

        Attorney Fee    $_____

(As provided by contract of note)

_____
AFFIANT

Sworn to and subscribed before me this _9th_ day of March, 2011.

_____
Notary Public
My commission expires: 04/30/12

Entry of default entered against Defendant, Daniel Shrader this _____ day of _____, 2011

_____ By:_____
CLERK