```
                              United States Bankruptcy Court
                               Northern District of Alabama
Hicks,
          Plaintiff                                              Adv. Proc. No. 10-40089-JJR

Shrader,
          Defendant
                              CERTIFICATE OF NOTICE

District/off: 1126-1         User: blindsey            Page 1 of 1         Date Rcvd: Mar 10, 2011
                             Form ID: pdf000           Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2011.
```
dft        +ABC Homes, LLC,    1000 Gault Avenue N.,    Fort Payne, AL 35967-2936
pla        +Brenda Hicks,    c/o Stephen P. Bussman,    P.O. Box 680925,    Fort Payne, AL 35968-1610
dft        +Daniel Shrader,    1286 County Road 18,    Fyffe, AL 35971-4002
pla        +James Hicks,    c/o Stephen P. Bussman,    P.O. Box 680925,    Fort Payne, AL 35968-1610
intp       +Jamie Ayers Durham,    Home Builders Licensure Board,    445 Herron Street,
             Montgomery, AL 36104-3307
dft        +Ron Shrader,    2715 Alabama Avenue NW,    Fort Payne, AL 35967-3708
dft        +Scott James Shrader,    2730 Alabama Avenue NW,    Fort Payne, AL 35967-3709
dft        +Tiki Michelle Shrader,    2730 Alabama Avenue NW,    Fort Payne, AL 35967-3709
6781197    +Jamie A. Durham,    State of Al Home Builders Licensure Boar,    445 Herron Street,
             Montgomery, AL 36130-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2011**                    **Signature:**    *Joseph Speetjens*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

In the Matter of:

Scott James Shrader                          Case No. 10-41701-JJR-7
    DEBTOR

James Hicks and                            A.P. No.10-40089
Brenda Hicks
    PLAINTIFF

Scott James Shrader, Daniel
Shrader, ABC Homes, LLC,
Tiki Michelle Shrader and
Ron Shrader
    DEFENDANT

## ENTRY OF DEFAULT

     Upon verified application of counsel for the plaintiff(s) and the records of this court reflecting that more than thirty/thirty-five (30/35) days have elapsed since defendant(s), Tiki Michelle Shrader, was (were) duly served and that the defendant(s), Tiki Michelle Shrader, has (have) failed to answer or otherwise plead to the complaint;

     It is ADJUDGED that the defendant(s), Tiki Michelle Shrader, is (are) in default and that the plaintiff(s), James Hicks and Brenda Hicks, have and recover of the defendant(s) such sum as the plaintiff(s) shall prove to the Court, together with costs.

     Done on this the 10th day of March, 2011.

                                              **Scott W. Ford, Clerk**
                                              **United States Bankruptcy Court**


                                              By:/s/Bonnie Lindsey
                                                  Deputy Clerk