# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| SCOTT JAMES SHRADER | * | CASE NUMBER 10-41701 |
| | * | |
| JAMES HICKS AND BRENDA HICKS | * | |
| PLAINTIFFS | * | CASE NUMBER 10-40089 |
| VS. | * | |
| SCOTT JAMES SHRADER, DANIEL SHRADER, ABC HOMES, LLC, TIKI M. SHRADER, AND RON SHRADER | * | |
| DEFENDANTS | * | |

## DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

Comes now the Defendants, Scott James Shrader and Tiki Michelle Shrader (hereinafter referred to as Defendants) and responds to the complaint filed by James and Brenda Hicks saying as follows:

1. Defendants admits that the court has jurisdiction over this matter and that it is a core proceeding.

2. Defendants admit that Scott Shrader did file a bankruptcy bearing case number 10-41701.

3. Defendants admit to residing within the territorial limits of this court.

4. ABC Homes, L.L.C. and James and Brenda Hicks entered into a contract. The Defendant, Scott Shrader, signed the settlement statement and contract as an agent for that company.

5. That the plaintiffs lack standing to pursue claims of embezzlement by and between the Defendants and ABC Home, L.L.C.

6. Defendants deny that they made false representations to the plaintiffs.

7. Defendants deny that they committed actual fraud.

8. Defendants deny any allegations of embezzlement.

9. Defendants deny any and all material allegations contained in the plaintiffs' complaint and demands strict proof thereof.

10. Defendants claim the defense of accord and satisfaction.

11. Defendants claim the defense of assumption of the risk.

12. Defendants claim the defense of contributory negligence.

13. Defendants claim the defense of duress.

14. Defendants claim this defense of estoppel.

15. Defendants claim the defense of laches.

16. Defendants claim the defense of license.

17. Defendants claim the defense of release.

18. Defendants claim the defense of statute of frauds.

19. Defendants claim the defense of statute of limitations.

20. Defendants claim the defense of waiver.

21. Defendants claim all other affirmative defenses in Federal Rule of Civil Procedure 8(c) as if fully set out herein.

22. Defendants reserves the right to amend their answer.

/s/ Shaunathan C. Bell
Shaunathan C. Bell
Attorney for the Debtor and his wife
P.O. Box 681048
Fort Payne, AL  35968
Phone:  (256) 997-1970

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer has been filed using the CM/ECF filing system which will serve a copy of the same via electronic transmission on this 17th day of March 2011 upon:

**Stephen Paul Bussman**
PO Box 680925
Fort Payne, AL 35968
256 845-7900
Email: sbussman@bussmanlaw.com

/s/ Shaunathan C. Bell
Shaunathan C. Bell