**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | |
| SCOTT JAMES SHRADER | * | CASE NUMBER 10-41701 |
| | * | |
| JAMES HICKS AND BRENDA HICKS | * | |
| PLAINTIFFS | * | CASE NUMBER 10-40089 |
| VS. | * | |
| SCOTT JAMES SHRADER, DANIEL SHRADER, ABC HOMES, LLC, TIKI M. SHRADER, AND RON SHRADER | * | |
| DEFENDANTS | * | |

**NOTICE OF APPEARANCE**

Comes now Shaunathan C. Bell and enters his notice of appearance as attorney of record for Scott Shrader and Tiki M. Shrader.

/s/ Shaunathan C. Bell
Shaunathan C. Bell
Attorney for the Debtor and his wife
P.O. Box 681048
Fort Payne, AL 35968
Phone: (256) 997-1970

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed using the CM/ECF filing system which will serve a copy of the same via electronic transmission on this 17th day of March 2011 upon:

**Stephen Paul Bussman**
PO Box 680925
Fort Payne, AL 35968
256 845-7900
Email: sbussman@bussmanlaw.com

/s/ Shaunathan C. Bell
Shaunathan C. Bell