```
                          United States Bankruptcy Court
                          Northern District of Alabama
Hicks,
         Plaintiff                                             Adv. Proc. No. 10-40089-JJR

Shrader,
         Defendant
                              CERTIFICATE OF NOTICE
District/off: 1126-1          User: admin              Page 1 of 1               Date Rcvd: Mar 21, 2011
                              Form ID: pdfall          Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2011.
```
dft        +ABC Homes, LLC,    1000 Gault Avenue N.,    Fort Payne, AL 35967-2936
pla        +Brenda Hicks,    c/o Stephen P. Bussman,    P.O. Box 680925,    Fort Payne, AL 35968-1610
dft        +Daniel Shrader,    1286 County Road 18,    Fyffe, AL 35971-4002
pla        +James Hicks,    c/o Stephen P. Bussman,    P.O. Box 680925,    Fort Payne, AL 35968-1610
intp       +Jamie Ayers Durham,    Home Builders Licensure Board,    445 Herron Street,
             Montgomery, AL 36104-3307
dft        +Ron Shrader,    2715 Alabama Avenue NW,    Fort Payne, AL 35967-3708
dft        +Scott James Shrader,    2730 Alabama Avenue NW,    Fort Payne, AL 35967-3709
dft        +Tiki Michelle Shrader,    2730 Alabama Avenue NW,    Fort Payne, AL 35967-3709
6781197    +Jamie A. Durham,    State of Al Home Builders Licensure Boar,    445 Herron Street,
             Montgomery, AL 36130-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2011**                      **Signature:** *Joseph Speetjens*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| James Hicks } | **Case No: 10-41701-JJR7** |
| Brenda Hicks } | **AP No: 10-40089-JJR** |
|    PLAINTIFFS, } | |
| VS. } | |
| Scott James Shrader } | |
| Daniel Shrader | |
| ABC Homes, LLC | |
| Tiki Michelle Shrader | |
| Ron Shrader | |
|    DEFENDANTS, | |

## NOTICE OF CONTINUED/RESCHEDULED HEARING

| | |
|---|---|
| **Matter(s):** | RE: Doc #20; Plaintiffs' Motion to make the Homeowners' Recovery Fund of the State of AL's Home Builders Licensure Board a party Defendant filed by Stephen Bussman |
| **Date and Time:** | Thursday, March 24, 2011 10:00 AM |
| **Appearances:** | |
| **Courtroom Deputy:** | Tenina Milner |
| **Presiding Judge:** | JAMES J. ROBINSON |
| **Court Notes:** | For good cause found, the hearing is RESCHEDULED as to time only to 10:45 a.m. |
| | The hearing will be will held on 3/24/2011 at 10:45 a.m. in the 2nd Floor Courtroom, the Federal Building, 600 Broad Street, Gadsden, AL 35901. |

Dated: 03/21/2011

Scott W. Ford, Clerk
United States Bankruptcy Court