```
United States Bankruptcy Court
    Northern District of Alabama
```

Hicks,
     Plaintiff                                                                                     Adv. Proc. No. 10-40089-JJR

Shrader,
     Defendant

## CERTIFICATE OF NOTICE

```
District/off: 1126-1          User: admin              Page 1 of 1             Date Rcvd: Mar 25, 2011
                              Form ID: pdf000          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2011.
 dft          +ABC Homes, LLC,    1000 Gault Avenue N.,    Fort Payne, AL 35967-2936
 pla          +Brenda Hicks,    c/o Stephen P. Bussman,    P.O. Box 680925,    Fort Payne, AL 35968-1610
 dft          +Daniel Shrader,    1286 County Road 18,    Fyffe, AL 35971-4002
 pla          +James Hicks,    c/o Stephen P. Bussman,    P.O. Box 680925,    Fort Payne, AL 35968-1610
 intp         +Jamie Ayers Durham,    Home Builders Licensure Board,    445 Herron Street,
                Montgomery, AL 36104-3307
 dft          +Ron Shrader,    2715 Alabama Avenue NW,    Fort Payne, AL 35967-3708
 dft          +Scott James Shrader,    2730 Alabama Avenue NW,    Fort Payne, AL 35967-3709
 dft          +Tiki Michelle Shrader,    2730 Alabama Avenue NW,    Fort Payne, AL 35967-3709
 6781197      +Jamie A. Durham,    State of Al Home Builders Licensure Boar,    445 Herron Street,
                Montgomery, AL 36130-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2011**                                          **Signature:** _/s/ Joseph Speetjens_

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| James Hicks } | **Case No: 10-41701-JJR7** |
| Brenda Hicks } | **AP No: 10-40089-JJR** |
|    PLAINTIFFS, } | |
| VS. } | |
| Scott James Shrader } | |
| Daniel Shrader | |
| ABC Homes, LLC | |
| Tiki Michelle Shrader | |
| Ron Shrader | |
|    DEFENDANTS, | |

## ORDER GRANTING

This matter came before the Court on Thursday, March 24, 2011 10:45 AM, for a hearing on the following:

   RE: Doc #20; Plaintiffs' Motion to make the Homeowners' Recovery Fund of the State of
   AL's Home Builders Licensure Board a party Defendant filed by Stephen Bussman

Proper notice of the hearing was given and appearances were made by the following:
   Shaunathan Bell, attorney for Scott James Shrader (Defendant)
   Stephen Paul Bussman, attorney for Brenda Hicks (Plaintiff)
   Stephen Paul Bussman, attorney for James Hicks (Plaintiff)

**It is therefore ORDERED ADJUDGED and DECREED that:**

   Based on arguments of counsel, the pleadings, the evidence before the court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the Motion for leave to amend complaint to add Homeowners' Recovery Fund of the State of AL's Home Builders Licensure Board is GRANTED.

Dated: 03/25/2011
                                                                       /s/ JAMES J. ROBINSON
                                                                       JAMES J. ROBINSON
                                                                       United States Bankruptcy Judge