**STEPHEN P. BUSSMAN**
ATTORNEY AT LAW, P.C.
212 ALABAMA AVENUE SOUTH
FORT PAYNE, ALABAMA 35967
P.O. BOX 680925
FORT PAYNE, ALABAMA 35968

**STEPHEN P. BUSSMAN**
E-MAIL: sbussman@bussmanlaw.com

TELEPHONE (256) 845-7900
TELECOPIER (256) 845-4696

October 6, 2010

Alabama Home Builders Licensure Board
P.O. Box 303605
Montgomery, AL 36130-3605

**CERTIFIED MAIL #7010 1060 0001 2518 1801**
**RETURN RECEIPT REQUESTED**

RE: *James Hicks and Brenda Hicks vs. Scott James Shrader*
Bankruptcy Adversary Proceeding Number: 10-40089

Dear Sir or Madam:

Enclosed please find a copy of the Complaint filed in the United States Bankruptcy Court Northern District of Alabama on behalf of James and Brenda Hicks against Scott James Shrader.

Sincerely,

STEPHEN P. BUSSMAN
Attorney for James and Brenda Hicks

SPB/jj

Enc.

RECEIVED
OCT 08 2010
HOME BUILDERS
LICENSURE BOARD

EXHIBIT
A
tabbles

## Open Adversary Case

### U.S. BANKRUPTCY COURT

### NORTHERN DISTRICT OF ALABAMA

Notice of Electronic Filing

The following transaction was received from Bussman, Stephen entered on 9/14/2010 at 4:08 PM CDT and filed on 9/14/2010
Case Name:      Hicks et al v. Shrader
Case Number:    10-40089-JJR
Document Number: 1
Case Name:      Scott James Shrader
Case Number:    10-41701-JJR7
Document Number: 61

**Docket Text:**
Adversary case 10-40089. 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) Complaint by James Hicks, Brenda Hicks against Scott James Shrader. Fee Amount $250 (Bussman, Stephen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Complaint.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1043685241 [Date=9/14/2010] [FileNumber=17785609-0] [a748fd9f2cd73a094d97336378874ec1213fbc9f29daee33b7dde187efcbaaa598 298572bc5b028f46271a9775df6a52e8cc9de65d481973e385b4f072c94d0d]]
**Document description:** Main Document
**Original filename:** C:\fakepath\Complaint.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1043685241 [Date=9/14/2010] [FileNumber=17785610-0] [2dc0e794636b030ca11d08b09afe16bd3639bf04b73df6c2c2ff7ceba0578d9193 f2dc603ca1dee9a3e4d5bdd553490b4c411dd874a6378572204af0cf263507]]

**10-40089-JJR Notice will be electronically mailed to:**


**10-40089-JJR Notice will not be electronically mailed to:**

Brenda Hicks
c/o Stephen P. Bussman
P.O. Box 680925
Fort Payne, AL 35968

James Hicks
c/o Stephen P. Bussman



P.O. Box 680925
Fort Payne, AL 35968

Scott James Shrader
2730 Alabama Avenue NW
Fort Payne, AL 35967

**10-41701-JJR7 Notice will be electronically mailed to:**

Shaunathan Bell on behalf of Debtor Scott Shrader
clint_b27@yahoo.com, vanessacagle@yahoo.com

Rocco J Leo
rleo@ecf.epiqsystems.com, rleo@leoandoneal.com

Max C. Pope on behalf of Trustee Rocco Leo
max@maxpopejr.com, joybeth@maxpopejr.com;sandra@maxpopejr.com

**10-41701-JJR7 Notice will not be electronically mailed to:**

Pioneer Credit Company
P.O. BOX 680580
Fort Payne, AL 35968



RECEIVED
OCT 0 8 2010
HOME BUILDERS
LICENSURE BOARD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SCOTT JAMES SHRADER ) | Case Number: 10-41701 |
| ) | |
| DEBTOR ) | |

| | |
|---|---|
| JAMES HICKS AND BRENDA HICKS ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | Adversary Proceeding No. _____ |
| VS. ) | |
| ) | |
| SCOTT JAMES SHRADER ) | |
| ) | |
| DEFENDANT ) | |

## COMPLAINT

### COUNT ONE

1. This Court has jurisdiction of this adversary proceeding and the subject matter hereof under 28 U.S.C. § 1334, 28 U.S.C. §157, and under the orders of reference entered by the United States District Court for the Northern District of Alabama, as well as under other applicable law.

1. The subject matter of this adversary proceeding is a "core proceeding," as that term is described in 28 U.S.C. §157. If a determination is made in this action that the proceedings involve non-core matters, Plaintiffs consent to the entry of final orders or judgments by the Bankruptcy Judge.

3. Scott James Shrader, the Defendant herein, did file a petiiton for relief under the provisions of Chapter 7 of the United States Bankruptcy Court on or about the 15th day of June, 2010, in the U.S. Bankruptcy Court for the Northern District of Alabama, Eastern Division. The



RECEIVED
OCT 0 8 2010
HOME BUILDERS
LICENSURE BOARD

action being "In re: Scott James Shrader, Case Number: 10-41701," which said case is the case to which this adversary proceeding relates.

4. Plaintiffs are residents of DeKalb County, Alabama and submit to the jurisdiction of this Court.

5. The Defendant resides in the jurisdiction and/or otherwise is subject to the personal jurisdiction of this Court.

6. On or about August 11, 2009, Plaintiff and Scott James Shrader and ABC Homes, L.L.C. ("ABC Homes") entered into a contract whereby Plaintiffs agreed to purchase for $198,500.00 a house and Defendant agreed to construct it.

7. Pursuant to said contract "If the [Plaintiffs] or the [Scott Shrader and ABC Homes] shall default on the contract, the non-defaulting party may declare the contract is in default and proceed against the defaulting party for the recovery of all damages incurred as a result of said breach of contract, including a reasonable attorney's fee. In the case of a defaulting [Plaintiff], the Earnest money herein mentioned shall be applied to the legally ascertained damages.

8. On September 28, 2009, Plaintiffs paid to ABC Homes the sum of $9,700.00. Thereafter, pursuant to change orders and progress payments Plaintiffs paid to ABC Homes in excess of $160,000.00.

9. Defendant embezzled or stole money from ABC Homes belonging to Plaintiffs.

10. The damages caused to Plaintiffs by Defendant Scott James Shrader were the result of the embezzlement or larceny.

11. As a consequence of the embezzlement and/or larceny of the Defendant Scott James Shrader, Plaintiffs hold claims against the said Defendant for their damages, which said claims are nondischargeable under the provision of 11 U.S.C. §523(a)(4).

RECEIVED
OCT 0 8 2010
HOME BUILDERS
LICENSURE BOARD

WHEREFORE THESE PREMISES CONSIDERED, the Plaintiffs pray for an order of this Court granting the following relief:

A. Award the Plaintiff compensatory damages, interest, attorney fees, and punitive damages in excess of $160,000.00.

B. That the Court determine and declare Defendant Scott James Shrader's obligation to Plaintiffs be nondischargeable under the provisions of 11 U.S.C. §523(a)(4).

## COUNT TWO

12. Plaintiffs reallege the allegations in paragraphs 1-11.

13. Defendant represented to Plaintiffs that the $9,700.00 deposit and all prepaid change orders would be applied toward the work or specific change order.

14. The representations made by Defendant were false and Plaintiffs relied on these misrepresentations.

15. Defendant committed actual fraud.

16. As a consequence of the actual fraud of the Defendant Scott James Shrader, Plaintiffs hold claims against the said Defendant for their damages, which said claims are nondischargeable under the provisions of 11 U.S.C. §523(a)(2)(A).

WHEREFORE THESE PREMISES CONSIDERED, the Plaintiffs pray for an order of this Court granting the following relief:

A. Award compensatory damages, interest, attorney fees, and punitive damages in excess of $160,000.00.

B. That the Court determine and declare Defendant Scott James Shrader's obligation to Plaintiffs be nondischargeable under the provisions of 11 U.S.C. §523(a)(2)(A).

## COUNT THREE

17. Plaintiffs reallege the allegations in paragraphs 1-16.

RECEIVED
OCT 0 8 2010
HOME BUILDERS
LICENSURE BOARD

18. Defendant further represented to Plaintiffs that all payments would be applied to the construction of their house.

19. Defendant instead used the funds to cover other construction projects.

20. These representations were false and Plaintiffs relied on these misrepresentations.

WHEREFORE THESE PREMISES CONSIDERED, the Plaintiffs pray for an order of this Court granting the following relief:

A. Award compensatory damages, interest, attorney fees, and punitive damages in excess of $160,000.00.

B. That the Court determine and declare Defendant Scott James Shrader's obligation to Plaintiffs be nondischargeable under the provisions of 11 U.S.C. §523(a)(2)(A).

## COUNT FOUR

21. Plaintiffs reallege the allegations in paragraphs 1-20.

22. Defendants breached said agreement by failing to complete the construction of the house, leaving a deficiency of over $60,000.00 needed to complete house.

23. Plaintiff claim a reasonable attorney's fee of Defendant pursuant to said agreement.

WHEREFORE, Plaintiffs demand judgment against Defendants in the sum of ($60,000.00), plus a reasonable attorney's fees, plus interest and costs.

## COUNT FIVE

24. Plaintiffs reallege the allegations in paragraphs 1-23.

25. Based on preliminary discovery, Plaintiffs have been able to identify at least four primary accounts used by Defendant and his family from 2008 until the filing date of the Chapter 7 bankruptcy on June 15, 2009; and from bank accounts used immediately after that date into which significant deposits were made.

RECEIVED
OCT 0 8 2010
HOME BUILDERS
LICENSURE BOARD

26. Scott James Shrader operated under a number of business names.

27. Most or all of the business entities were operated out of the residence of Defendant.

28. Despite having paid in advance and with progress payments several consumers never received their houses.

29. In the Statement of Financial Affairs completed and signed under penalty of perjury, in answer to Question 1, the Defendant reported income as follows:

| Amount: | Source: |
|---|---|
| $14,142.00 | 2009: Husband Employment Income |
| $14,731.00 | 2008: Husband Employment Income |
| $ 8,763.00 | 2007: Husband Employment Income |

This is demonstrably false.

29. In the Statement of Financial Affairs completed and signed under penalty of perjury, in answer to Question 3b, List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case, the box is checked for none. This is demonstrably false.

30. In the Statement of Financial Affairs completed and signed under penalty of perjury, in answer to Question 7 Gifts to family, list all gift or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient, the box is check for none. This is demonstrably false.

31. In Schedule B - Personal Property completed and signed under penalty of perjury, the Defendant reported only one checking account at Compass Bank with $1,000.00. This is demonstrably false.

RECEIVED
OCT 0 8 2010
HOME BUILDERS
LICENSURE BOARD

32. In Schedule B - Personal Property completed and signed under penalty of perjury, interests in incorporated or unincorporated businesses the Defendant checked none. This is demonstrably false.

33. Plaintiffs further aver that based upon the foregoing facts and others that will be developed in the course of discovery, the Debtor's actions are in contravention of the provisions of 11 U.S. C. §727(a)(2),(3), (4), (5), (6), or (7) and, therefore, constitute grounds to deny the Debtor's discharge.

WHEREFORE THESE PREMISES CONSIDERED, Plaintiffs pray:

A. That Defendants be required to answer in the time allowed by law;

B. That upon a hearing of this matter, the Court deny the discharge of the Debtor; and

C. That the Court grant such other relief as is just and proper.

/s/ Stephen P. Bussman
STEPHEN P. BUSSMAN
Attorney for Plaintiff
212 Alabama Avenue South
P.O. Box 680925
Fort Payne, AL 35968
(256) 845-7900

**PLAINTIFFS DEMAND TRIAL BY STRUCK JURY**

/s/ Stephen P. Bussman
STEPHEN P. BUSSMAN


RECEIVED
OCT 0 8 2010
HOME BUILDERS
LICENSURE BOARD

STEPHEN P. BUSSMAN
ATTORNEY AT LAW, P.C.
212 ALABAMA AVENUE SOUTH
P.O. Box 680925
FORT PAYNE, ALABAMA 35968

CERTIFIED MAIL

7010 1060 0001 2518 1801



U.S. POSTAGE PAID
FORT PAYNE, AL
35967
OCT 06, 10
AMOUNT
$5.71
00055108-10

36130

Alabama Home Builders Licensure Board
P.O. Box 303605
Montgomery, AL 36130-3605

RECEIVED
OCT 0 8 2010
HOME BUILDERS
LICENSURE BOARD

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SCOTT JAMES SHRADER ) | CASE NO: 10-41701 |
| ) | |
|    Debtors. ) | |
| ) | |
| JAMES HICKS and BRENDA HICKS, ) | |
| ) | |
|    Plaintiffs, ) | ADVERSARY PROCEEDING |
| ) | NO: 10-40089 |
| ) | |
| vs. ) | |
| ) | |
| SCOTT JAMES SHRADER; DANIEL ) | |
| SHRADER; RON SHRADER; ABC HOMES ) | |
| LLC; TIKI MICHELLE SHRADER, ) | |
| ) | |
|    Defendants. ) | |
| ) | |

## LIMITED ENTRY OF APPEARANCE OF RECORD

COMES NOW Jamie A. Durham, Deputy Legal Counsel, State of Alabama, Home Builders Licensure Board (the "Board"), a non-party to this action, and enters this limited appearance of record on behalf of the Homeowners' Recovery Fund (the "Fund") pursuant to Ala. Code §34-14A-15, solely for the purpose of representing the interest of the Fund pursuant to the provisions of the cited section.

Respectfully submitted on this 24th day of January, 2011.

                                                                s/Jamie A. Durham DUR 013
                                                                Deputy Legal Counsel
                                                                 State of Alabama
                                                                 Home Builders Licensure Board
                                                                 445 Herron Street
                                                                 Montgomery, Alabama 36130
                                                                 Phone: (334) 242-2230
                                                                 E-mail: jamie.durham@hblb.alabama.gov

RF11-018/21795

**EXHIBIT B**

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notifications of such filing; and I certify that any listed participants not using the CM/ECF system will have a copy of same placed in the United States mail, first class postage prepaid and properly addressed this same day:

Mr. Stephen P. Bussman
212 Alabama Avenue South
Fort Payne, Alabama 35968

Mr. Scott Shrader
2730 Alabama Avenue NW
Fort Payne, Alabama 35967

Mr. Daniel Shrader
1286 County Road 18
Fyffe, Alabama 35971

Mr. Ron Shrader
2715 Alabama Avenue NW
Fort Payne, Alabama 35967

ABC Homes, LLC
1000 Gault Avenue N
Fort Payne, Alabama 35967

RF11-018/21795

s/Jamie A. Durham DUR 013
Deputy Legal Counsel
State of Alabama
Home Builders Licensure Board
445 Herron Street
Montgomery, Alabama 36130
Phone: (334) 242-2230
E-mail: jamie.durham@hblb.alabama.gov

10-41701-JJR7
1

RF 11-018

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

In the Matter of:
James Hicks }  Case No: 10-41701-JJR7
Brenda Hicks }  AP No: 10-40089-JJR
  PLAINTIFFS, }
VS. }
Scott James Shrader }
Daniel Shrader
ABC Homes, LLC
Tiki Michelle Shrader
Ron Shrader
  DEFENDANTS,

RECEIVED
MAR 28 2011
HOME BUILDERS
LICENSURE BOARD

## NOTICE OF CONTINUED/RESCHEDULED HEARING

**Matter(s):** RE: Doc #20; Plaintiffs' Motion to make the Homeowners' Recovery Fund of the State of AL's Home Builders Licensure Board a party Defendant filed by Stephen Bussman

**Date and Time:** Thursday, March 24, 2011 10:00 AM

**Appearances:**

**Courtroom Deputy:** Tenina Milner

**Presiding Judge:** JAMES J. ROBINSON

**Court Notes:** For good cause found, the hearing is RESCHEDULED as to time only to 10:45 a.m.

The hearing will be will held on 3/24/2011 at 10:45 a.m. in the 2nd Floor Courtroom, the Federal Building, 600 Broad Street, Gadsden, AL 35901.

Dated: 03/21/2011

Scott W. Ford, Clerk
United States Bankruptcy Court


EXHIBIT C

042131  18109042173013

WED-18109 1126-1 pdfall 10-40089
James Hicks
c/o Stephen P. Bussman
P.O. Box 680925
Fort Payne, AL 35968

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

042131 42131 1 AT 0.354 36104 45 67150-42975
Jamie Ayers Durham
Home Builders Licensure Board
445 Herron Street
Montgomery, AL 36104-3307

RECEIVED
MAR 28 2011
HOME BUILDERS
LICENSURE BOARD

FIRST-CLASS MAIL

042131        18109042173013

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| James Hicks } | Case No: 10-41701-JJR7 |
| Brenda Hicks } | AP No: 10-40089-JJR |
|   PLAINTIFFS, } | |
| VS. } | |
| Scott James Shrader } | |
| Daniel Shrader | |
| ABC Homes, LLC | |
| Tiki Michelle Shrader | |
| Ron Shrader | |
|   DEFENDANTS, | |

## ORDER GRANTING

This matter came before the Court on Thursday, March 24, 2011 10:45 AM, for a hearing on the following:

    RE: Doc #20; Plaintiffs' Motion to make the Homeowners' Recovery Fund of the State of
    AL's Home Builders Licensure Board a party Defendant filed by Stephen Bussman

Proper notice of the hearing was given and appearances were made by the following:

    Shaunathan Bell, attorney for Scott James Shrader (Defendant)
    Stephen Paul Bussman, attorney for Brenda Hicks (Plaintiff)
    Stephen Paul Bussman, attorney for James Hicks (Plaintiff)

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on arguments of counsel, the pleadings, the evidence before the court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the Motion for leave to amend complaint to add Homeowners' Recovery Fund of the State of AL's Home Builders Licensure Board is GRANTED.

Dated: 03/25/2011

    /s/ JAMES J. ROBINSON
    JAMES J. ROBINSON
    United States Bankruptcy Judge



EXHIBIT D

**RECEIVED**
MAR 31 2011
HOME BUILDERS
LICENSURE BOARD

SUN-18509 1126-1 pdf000 10-40089
James Hicks
c/o Stephen P. Bussman
P.O. Box 680925
Fort Payne, AL 35968

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
In the
UNITED STATES BANKRUPTCY COURT

037468 37468 1 AT 0.354 36130 9 5 6719-0-38092
Jamie A. Durham
State of Al Home Builders Licensure Boar
445 Herron Street
Montgomery, AL 36130-0001

**RECEIVED**
MAR 31 2011
HOME BUILDERS
LICENSURE BOARD

FIRST-CLASS MAIL

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

037468    18509037505016